JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO MCKINNEY,<br><br>    Petitioner,<br><br>vs.<br><br>CHRISTIAN PFEIFFER, Acting Warden,<br><br>    Respondent. | Case No. CV 15-05268-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 21, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE